UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STACEY MERCER,
*an individual*,

                Plaintiff,

      v.                                              CASE NO.: 1:20-cv-10218-JGK
                                                              **CERTIFICATE OF SERVICE**

ELENI OPERATING CORP.,
*a New York corporation,*

                Defendant.
------------------------------------------------------------x

        I, Erik M. Bashian, HEREBY CERTIFY that on the 29th day of January, 2021, I served a true and correct copy of the Pretrial Conference Order, dated January 28, 2021, and a courtesy copy of the Summons and Complaint (D.E. 1 and 4), upon the defendant ELENI OPERATING CORP., by depositing the same in a post-paid wrapper, in an official depository under the exclusive care and custody of the Federal Express Services within New York State, addressed to each of the entities set forth below:

        ELENI OPERATING CORP.        ROYAL REGENCY HOTEL
        c/o Konstantinos Paxos             165 Tuckahoe Road
        165 Tuckahoe Road                   Yonkers, New York 10710
        Yonkers, New York 10710

Dated: Garden City, New York
           January 29, 2021

                                                  Bashian & Papantoniou, P.C.
                                                  500 Old Country Road, Ste. 302
                                                  Garden City, NY 11530
                                                  PH: (516) 279-1554

                                              By: */s/ Erik M. Bashian*
                                                  Erik M. Bashian, Esq.
                                                  eb@bashpaplaw.com
                                                  PH: (516) 279-1554

80644v1