# JacksonLewis

Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains NY 10601
(914) 872-8060 Direct

DIRECT DIAL: (914) 872-6920
EMAIL ADDRESS: JOSEPH.DIPALMA@JACKSONLEWIS.COM

> Application granted. Time to respond is
> April 26, 2021. Conference is adjourned
> to May 5, 2021 at 3:00 p.m.
>
> SO ORDERED.
>
> New York, New York
> February 18, 2021
>
> /s/ John G. Koeltl
> John G. Koeltl, U.S.D.J.

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
United States District Court, Southern District of
500 Pearl Street
New York, New York 10007

Re:   **Mercer v. Eleni Operating Corp.**
      **Case No. 1:20-cv-10218-JGK**

Dear Judge Koeltl:

This firm represents Defendant, Eleni Operating Corp., in the above-referenced matter.  This letter is written pursuant to Rule 1(E) of Your Honor's Individual Practice Rules, to request an extension of the deadline for Defendant to answer, move or otherwise respond to the Complaint from February 25, 2021 through and including April 26, 2021 and the adjournment of the Pretrial Conference currently scheduled for February 25, 2021.

Plaintiff's counsel consents to these requests.  These requests are made in light of our recent retention so that we will have sufficient time to review and analyze the allegations in this Complaint, speak with pertinent witnesses, review relevant documents, and determine an appropriate response.  In addition, the parties would like additional time to discuss a potential resolution of this matter without further judicial intervention.

This is Defendant's first request for an extension of these deadlines.  No other deadlines have been scheduled to date.

Defendant will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but waives any objections to proper service of process.

Thank you for your consideration of these requests.

Respectfully submitted,

JACKSON LEWIS P.C.

By: */s/ Joseph J. DiPalma*
Joseph J. DiPalma